Bulah LEE, as Administratrix of the Estate of Hobart Wayne Stamper, Deceased et al., Movants,

v.

Denny L. BUTLER, an unmarried infant under 18 years of age; Fanny Watkins, and Nelson Watkins, Respondents.

Supreme Court of Kentucky.

Sept. 23, 1980.

William C. Wessell, Oakley & Anderson, Errol L. Cooper, Jr., Lexington, for movants.

Oscar H. Geralds, Jr., Lexington, for respondents.

OPINION AND ORDER

The Court, having considered the briefs of movants and respondents, and having heard oral argument of parties in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review, 598 S.W.2d 762 (Ky.) is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur.

ENTERED September 23, 1980.

/s/ John S. Palmore
Chief Justice